UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT TACOMA

| In The Matter Of: | IN ADMIRALTY |
|---|---|
| THE COMPLAINT OF SEA QUEST CHARTERS, LLC as owner, and SEA BREEZE SPORTFISHING LLC dba SEA BREEZE CHARTERS as owner pro hac vice, of the F/V BLUEFIN for Exoneration from or Limitation of Liability,<br><br>Petitioners. | NO. 3:23-cv-05268<br><br>[~~PROPOSED~~] ORDER GRANTING EX PARTE MOTION RE: SECURITY FOR COSTS |



Based upon petitioners' Ex Parte Motion re: Security for Costs, it is hereby ORDERED that, pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty & Maritime Claims, and Local Admiralty Rule 120(b), petitioners shall deposit with the Court security for costs in the amount of $500.00 and additional security in the amount of six percent (6%) per annum to be paid into the Court on or before the one-year anniversary of the date of this notice, and on or before each one-year anniversary thereafter until judgment is entered or the case is dismissed.

//

//

[~~PROPOSED~~] ORDER GRANTING EX PARTE
MOTION RE: SECURITY FOR COSTS - 1
Case No.: 3:23-cv-05268

DATED this 10th day of April, 2023.

                                               JAMES L. ROBART
                                               United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING EX PARTE
MOTION RE: SECURITY FOR COSTS - 2
Case No.: 3:23-cv-05268