UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT TACOMA

| In The Matter Of: | IN ADMIRALTY |
|---|---|
| THE COMPLAINT OF SEA QUEST CHARTERS, LLC as owner, and SEA BREEZE SPORTFISHING LLC dba SEA BREEZE CHARTERS as owner pro hac vice, of the F/V BLUEFIN for Exoneration from or Limitation of Liability,<br><br>Petitioners. | NO.    3:23-cv-05268<br><br>MONITION<br><br>[CLERK'S ACTION REQUIRED] |

TO:   THE MARSHAL OF THE UNITED STATES FOR THE WESTERN DISTRICT OF

WASHINGTON AT TACOMA

GREETINGS:

WHEREAS, a complaint was filed in the above-entitled Court by petitioners Sea Quest Charters, LLC and Sea Breeze Sportfishing LLC, dba Sea Breeze Charters, as owners and operators of the BLUEFIN, praying for exoneration from or limitation of liability concerning any damage, loss or injury of any person arising or resulting from the August 30, 2022 Incident aboard the BLUEFIN, as fully described in the complaint, pursuant to applicable laws of the United States and the Federal Rules of Civil Procedure;

MONITION- 1
Case No.:  3:23-cv-05268

1    NOW, THEREFORE, YOU, the United States Marshal for the Western District of
Washington at Tacoma, are hereby commanded to cite and require all persons claiming damages for any loss, damage, or injury to persons or property arising or resulting from the August 30, 2022 Incident and all persons asserting claims against petitioners which seeks exoneration from or limitation of liability or over which limitation of liability could be the subject of adjudication in this proceeding, to file their respective claims with the Clerk of the Court at United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402 and serve on or mail to the attorneys for petitioners, Donald K. McLean, Bauer Moynihan & Johnson LLP, 2101 Fourth Avenue, Suite 2400, Seattle, Washington, 98121, a copy before the return date, the 22nd day of May, 2023.

YOU ARE FURTHER COMMANDED to cite and require all claimants desiring to contest such exoneration from or limitation of liability to file their respective answers to such complaint and to serve on or mail to the attorneys for petitioners a copy of such answers on or before the above return date, or such later date as this Court may fix by its order, and thereafter to seek and receive such relief as may be just and proper in this proceeding.

YOU ARE FURTHER COMMANDED to cause public notice of this Monition to be given as prescribed by Supplemental Rules for Certain Admiralty and Maritime Claims Rule F of the Federal Rules of Civil Procedure, and Local Admiralty Rule 150 as directed by this Court in its order entered in this proceeding. Publication of such notice be published once per week for four (4) consecutive weeks before said return date in the before said return date in the Seattle Daily Journal of Commerce.

YOU ARE FINALLY COMMANDED to make due and full return to this Court with this writ of Monition as to what you have done in the premises.

MONITION- 2
Case No.: 3:23-cv-05268

1 | WITNESS the Honorable James L. Robart, United States District Judge, Western
2 | District of Washington at Seattle, this __10th__ day of __April__, 2023.

By:
RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MONITION- 3
Case No.: 3:23-cv-05268