UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA QUEST CHARTERS, LLC,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM LAUDERDALE,<br><br>　　　　　　　Claimant. | CASE NO. C23-5268JLR<br><br>ORDER |

Before the court is Petitioner Sea Quest Charters, LLC and Claimant William Lauderdale's (collectively, "the parties") joint motion to lift the court's April 10, 2023 injunction and stay this litigation pending the outcome of their state court proceedings. (Mot. (Dkt. # 18); *see also* 4/10/23 Order (Dkt. # 9).) For good cause shown, the court GRANTS the parties' joint motion (Dkt. # 18), to LIFTS the injunction (Dkt. # 9), and STAYS the litigation. The court ORDERS the parties to file joint status reports (1) no later than December 30, 2023, (2) every six months thereafter, and (3) within fifteen days after the state court proceedings are terminated.

ORDER - 1

1  Dated this 30th day of June, 2023.

_____
JAMES L. ROBART
United States District Judge